# STORZER & ASSOCIATES

A PROFESSIONAL CORPORATION

WWW.STORZERLAW.COM
INFO@STORZERLAW.COM

1025 CONNECTICUT AVENUE, NORTHWEST
SUITE ONE THOUSAND
WASHINGTON, D.C. 20036
(202) 857-9766
FACSIMILE: (202) 315-3996

BALTIMORE OFFICE
9433 COMMON BROOK ROAD
SUITE 208
OWINGS MILLS, MD 21117
(410) 559-6325


August 3, 2026

**VIA ECF**

Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Masjid Sadar, Inc., et al. v. Borough of Sayreville, New Jersey, et al.*,
Case No. 3:25-CV-17831-MAS-JTQ

Your Honor:

Pursuant to the Court's Pretrial Scheduling Order of April 29, 2026 (ECF No. 17), the parties are to report to the Court regarding the status of the case no later than today. Please accept this letter as the joint submission of the parties.

The parties are currently engaged in the discovery process. Written discovery has been served and Plaintiffs have provided their responses and documents and Defendants will provide their responses by August 31, 2026. Document production is ongoing and Defendants shall provide their first production of ESI documents no later than September 15, 2026 and thereafter produce on a rolling basis. In furtherance of the same, the parties are conducting ESI conferences. The parties shall commence depositions in September or October.

Plaintiffs have filed a Motion for Preliminary Injunction (ECF No. 22), which is fully briefed by the parties and awaiting disposition by the Court. The parties continue to engage in settlement discussions and anticipate that they will require the assistance of the Honorable Douglas E. Arpert, Ret. to mediate this matter. The parties are prepared to address the status of settlement discussions on the conference call with your Honor.

Respectfully submitted,

Sieglinde K. Rath

Sieglinde K. Rath

cc: Counsel of Record via ECF